IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| PAUL LEE DEWALT, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv69 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Paul Lee Dewalt, Jr., proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is  **ADOPTED**.  A final judgment shall be entered denying the petition.

**SIGNED** this the 2  day of **August, 2021.**

_____
Thad Heartfield
United States District Judge

---

[1] Petitioner did file a response to the Report and Recommendation asking that his civil rights claims be severed into a separate lawsuit.  The court has entered an order severing the civil rights claims.